FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 28, 2026

SEAN F. MCAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MICHAEL K. BOYER,<br>Plaintiff,<br>v.<br>SCOTT BAUM, SPOKANE COUNTY DETENTION SERVICES, and SPOKANE COUNTY,<br>Defendants. | NO. 2:26-CV-00082-JAG<br><br>**ORDER OF DISMISSAL WITH PREJUDICE** |

BEFORE THE COURT is the parties' Stipulated Motion to Dismiss with prejudice. ECF No. 9. The parties have stipulated to the dismissal of this action with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and Local Civil Rule 41(a)(1)(B).

Accordingly, IT IS HEREBY ORDERED:

1. The parties' Stipulated Motion to Dismiss with Prejudice is **GRANTED**.

2. This action and all claims asserted therein are **DISMISSED WITH PREJUDICE**, with each party bearing its own attorneys' fees and costs.

The District Court Executive is directed to file this Order, provide copies to counsel and pro se Plaintiff and CLOSE this file.

DATED October 28, 2026.

JAMES A. GOEKE
UNITED STATES MAGISTRATE JUDGE